# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| JINNELL FOX MILLER, | ) | |
| Plaintiff, | ) ) | |
| | ) | CV416-135 |
| v. | ) ) | |
| WILLIE ALBERT MILLER, | ) | |
| Defendant. | | |

## REPORT AND RECOMMENDATION

Proceeding *pro se*, Mississippi resident Jinnell Fox Miller brought this lawsuit against (captioned defendant) Willie Albert Miller and "Lucinda William" (named as an "additional defendant" in the body of her Complaint). Doc. 1 at 1, 3. She alleged, *inter alia*, that Lucinda "is claiming the property that legally belong to me, my husband Rev. Charlie J. Miller, Willie Albert's deceased brother." *Id.* at 3 (unedited). Granting her leave to proceed *in forma pauperis* but finding her case bereft of subject matter jurisdiction, the Court directed her to file an Amended Complaint. Doc. 3. Her response merely rehashes her Complaint on the merits. Doc. 4 (resurrecting her claim that defendants illegally cut timber from their (apparently) jointly owned 5.2 acre tract in

Sylvania, Georgia). She also reveals that defendant Lucinda William resides in Georgia, thus pleading a fact that would defeat any diversity jurisdiction claim.[1]

Accordingly, her case should be **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

This Report and Recommendation (R&R) is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3. Within 14 days of service, any party may file written objections to this R&R with the Court and serve a copy on all parties. The document should be captioned "Objections to Magistrate Judge's Report and Recommendations." Any request for additional time to file objections should be filed with the Clerk for consideration by the assigned district judge.

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge. The district judge will review the magistrate judge's findings and recommendation pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to timely file objections will result in the waiver of

---

[1] As explained in the Court's prior Order (doc. 3 at 4), Miller has offered no conceivable basis for federal question jurisdiction.

rights on appeal. 11th Cir. R. 3-1; *see Symonett v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. U.S.*, 612 F. App'x 542, 545 (11th Cir. 2015).

**SO REPORTED AND RECOMMENDED**, this 3rd day of November, 2016.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA